Fourth Court of Appeals
 San Antonio, Texas
 September 15, 2017

 No. 04-17-00278-CR

 The STATE of Texas,
 Appellant

 v.

 José MUSA-VALLE,
 Appellee

 From the County Court at Law No. 5, Bexar County, Texas
 Trial Court No. 538466
 Honorable John Longoria, Judge Presiding

 ORDER

 After we granted Appellee’s first motion for extension of time to file the brief, Appellee’s
brief was due on September 6, 2017. See TEX. R. APP. P. 38.6(a). Before the due date, Appellee
filed a second motion for a thirty-day extension of time to file the brief.
 Appellee’s motion is GRANTED; the brief is due on October 6, 2017. NO FURTHER
EXTENSIONS OF TIME TO FILE APPELLEE’S BRIEF WILL BE GRANTED.

 _________________________________
 Patricia O. Alvarez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of September, 2017.

 ___________________________________
 Keith E. Hottle
 Clerk of Court